# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 14, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

1 December 2008
The People of the State of Michigan,
      Plaintiff-Appellant,
vs     134967
Michael J. Borgne,
      Defendant-Appellee.

_____

2 December 2008
The People of the State of Michigan,
      Plaintiff-Appellee,
vs     135435
Harold Emmett Shafier, III,
      Defendant-Appellant.

_____

3 December 2008
The People of the State of Michigan,
      Plaintiff-Appellee,
vs     135271
Carletus Lashawn Williams,
      Defendant-Appellant.

_____

4 December 2008
Markell VanSlembrouck, a Minor
      Plaintiffs-Appellees,
vs     135893
Andrew Jay Halperin, et al,
      Defendants-Appellants.

_____

On order of the Court, on the Court's own motion, the oral argument of these cases is ADJOURNED. The Clerk is directed to place these cases on the January 2009 Session Calendar for argument and submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 14, 2008

_____
Clerk